IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRUCE ERIKSON,

    Plaintiff,

v.

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.
_____/

Civil No. 12-10560

HON. ROBERT H. CLELAND
MAG. JUDGE DAVID R. GRAND

## JUDGMENT

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Agreed Motion entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

ROBERT H. CLELAND
United States District Judge

Dated: JUN 2 7 2012